IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DARRELL J. HARPER #1957729 | § | |
| v. | § | CIVIL ACTION NO. 6:16cv1106 |
| MICHAEL ROESLER, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Plaintiff Darrell Harper, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Harper complained that he was disciplined for failure to turn out for work without a legitimate reason. He argued that racism in the workplace violates his constitutional rights and that "penal codes rule of law" hinder his right to petition the Government for redress of grievances.

After review of the pleadings, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed for failure to state a claim upon which relief may be granted and as barred by sanctions previously imposed upon Harper by the Fifth Circuit Court of Appeals. Harper filed objections arguing that the sanctions imposed by the Fifth Circuit are "indisputably meritless for condoning racism" and that the Court has not properly investigated his being in "imminent danger of barbaric penal codes." These objections are patently frivolous.

The Court has conducted a careful *de novo* review of those portions of the Magistrate Judge's proposed findings and recommendations to which the Plaintiff objected. *See* 28 U.S.C. §636(b)(1) (district judge shall "make a *de novo* determination of those portions of the report or specified

1

proposed findings or recommendations to which objection is made.") Upon such *de novo* review, the Court has determined that the Report of the Magistrate Judge is correct and the Plaintiff's objections are without merit. It is accordingly

**ORDERED** that the Plaintiff's objections are overruled and the report of the magistrate judge (docket no. 4) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim and as barred by sanctions previously imposed upon Harper by the Fifth Circuit Court of Appeals. It is further

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **27** day of **September, 2016.**

_____
Ron Clark, United States District Judge